## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: | September 22, 2010 |
| Court Reporter: | Paul Zuckerman | | |
| Probation Officer: | Elizabeth Oppenheimer | | |

Criminal Action No. 08-cr-00456-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Tim Neff |
| Plaintiff, | |
| v. | |
| CATHERINE SENNINGER, | Barrett Weisz |
| Defendant. | |

## SENTENCING MINUTES
_____

**9:05 a.m.**     **Court in session**.

Defendant present on bond.

**Defendant found guilty of Counts 3 through 7, 10 and 19 of the Indictment by jury on March 5, 2010.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence (loss and adjustment) under the Federal Sentencing Guidelines as set forth in the original presentence report. Argument by counsel Weisz and Neff. Government's Exhibit 1 and Defendant's Exhibit 1 tendered to the Court and admitted for purposes of this hearing and made attachments to these Minutes.

The Government **does** request (upward) departure. Argument by Mr. Neff. The defendant objects.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #243**). Argument by Mr. Weisz. The Government objects.

Allocution. - Statements made by: The Government and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant's Motion for Non-Guideline Sentence (**Doc. #243**) is **DENIED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on October 25, 2010.

**ORDER:** Bond will be exonerated at the time defendant reports to the facility designated by the Bureau of Prisons.

**11:01 a.m.** **Court in recess.**

Total Time: 1 hour 56 minutes.
Hearing concluded.