IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02412-MSK
(Criminal Action No. 08-cr-00456-MSK-2)

UNITED STATES OF AMERICA,

v.

CATHERINE SENNINGER,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

**ORDERED** that the United States Attorney on or before **November 18, 2011**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED this 19th day of September, 2011.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge